Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

International Custom Products, Inc.    v.    United States

No. 14-1644-JB

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____ Pro Se    ✓ As counsel for: International Custom Products, Inc.
                                    Name of party

I am, or the party I represent is (select one):

_____ Petitioner    _____ Respondent    _____ Amicus curiae    _____ Cross Appellant

✓ Appellant    _____ Appellee    _____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____ Petitioner or appellant    _____ Respondent or appellee

My address and telephone are:

Name: Gregory H. Teufel, Esq.
Law firm: Eckert Seamans Cherin and Mellott, LLC
Address: 600 Grant Street 44th Floor
City, State and ZIP: Pittsburgh, PA 15219
Telephone: 412-566-5977
Fax #: 412-566-6099
E-mail address: GTeufel@eckertseamans.com

Statement to be completed by counsel only (select one):

✓ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 1/19/2012

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____ Yes    ✓ No

_____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

July 31 2014
Date

Signature of pro se or counsel

cc: _____

123

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July, 2014, a copy of the foregoing Entry of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic-filing system. Parties may access this filing through the Court's system.

/s/ Gregory H. Teufel
Gregory H. Teufel, Esq.
